IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BANK OF AMERICA, N.A.,                          No. CIV 2:12-cv-1205-JAM-JFM (PS)

        Plaintiff,

  vs.

MICHAEL TAYLOR,

        Defendant.                          <u>ORDER</u>

_____/

        This action was removed to this court on May 4, 2012. Presently pending before the court are defendant's motion to proceed in forma pauperis, plaintiff's motion to remand and plaintiff's notice of voluntary dismissal. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request for voluntary dismissal shall be honored.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendant's May 4, 2012 motion to proceed in forma pauperis is denied as moot;

        2. Plaintiff's May 11, 2012 motion to remand is denied as moot;

        3. The June 21, 2012 hearing is vacated; and

/////

/////

1   　　　　　4.  This action is dismissed.

2   DATED: June 19, 2012

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/014;bank1205.dism